UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16325
    KATHERINE A ARREOLA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7927


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/11/2006 and was confirmed 02/28/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   2.00%.

      The case was converted to chapter 7 after confirmation 08/24/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARONSON FURNITURE | SECURED | 50.00 | .87 | 29.25 |
| ARONSON FURNITURE | UNSECURED | 306.28 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED VEHIC | 8000.00 | 375.61 | 919.40 |
| CHASE AUTO FINANCE | UNSECURED | 1238.28 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| DISTRICT COUNSEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JAMES T GATELY | UNSECURED | 7867.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 6575.99 | .00 | .00 |
| DEVON FINANCIAL SERVICE | UNSECURED | 1114.38 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 390.00 | .00 | .00 |
| CASH LOANS TODAY | UNSECURED | 2404.46 | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 434.75 | .00 | .00 |
| DEVON FINANCIAL SERVICE | UNSECURED | 1116.38 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ACME CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MANAGE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |

```
ROBERT J ADAMS & ASSOC   REIMBURSEMENT    306.33              .00        306.33
MERCURY FINANCE          UNSECURED      NOT FILED             .00           .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED             .00           .00
NATIONWIDE CREDIT CO     UNSECURED      NOT FILED             .00           .00
NCO COLLECTION AGENCY    UNSECURED      NOT FILED             .00           .00
NCO COLLECTION AGENCY    UNSECURED      NOT FILED             .00           .00
NICOR GAS                UNSECURED      NOT FILED             .00           .00
PARK DANSAN              UNSECURED      NOT FILED             .00           .00
PD RECOVERY              UNSECURED      NOT FILED             .00           .00
QUICK PAYDAY             UNSECURED      NOT FILED             .00           .00
ROBERT J ADAMS & ASSOC   UNSECURED      NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOCI NOTICE ONLY    NOT FILED             .00           .00
ROUTE 66                 UNSECURED      NOT FILED             .00           .00
SECRETARY OF STATE       NOTICE ONLY    NOT FILED             .00           .00
VAN RU CREDIT CORPORATIO UNSECURED      NOT FILED             .00           .00
VAN RU CREDIT CORPORATIO UNSECURED      NOT FILED             .00           .00
ARONSON FURNITURE        SECURED NOT I      .00               .00           .00
ARONSON FURNITURE        FILED LATE         .00               .00           .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED             .00           .00
CASH LOANS TODAY         UNSECURED      NOT FILED             .00           .00
CITY OF CHICAGO PARKING  UNSECURED      NOT FILED             .00           .00
DARREN L BESIC           NOTICE ONLY    NOT FILED             .00           .00
DEVON FINANCIAL SERVICE  UNSECURED      NOT FILED             .00           .00
WASHINGTON MUTUAL HOME L UNSECURED      NOT FILED             .00           .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,500.00                        757.53
TOM VAUGHN               TRUSTEE                                        161.01
DEBTOR REFUND            REFUND                                         150.00
```

```
        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,700.00

PRIORITY                                        306.33
SECURED                                         948.65
     INTEREST                                   376.48
UNSECURED                                          .00
ADMINISTRATIVE                                  757.53
TRUSTEE COMPENSATION                            161.01
DEBTOR REFUND                                   150.00
                    ---------------       ---------------
TOTALS                  2,700.00                2,700.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 11/28/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   3
        CASE NO. 06 B 16325 KATHERINE A ARREOLA